01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )
09          Plaintiff,                  )   Case No. CR07-0062-RSM
                                        )
10      v.                              )
                                        )   DETENTION ORDER
11  DONALD SHAWN VINSON,                )
                                        )
12          Defendant.                  )
    _____ )

13

14  Offenses charged:

15      Count 1: Conspiracy to Defraud the United States with Respect to Claims in violation

16  of 18 U.S.C. § 286.

17      Counts 2 through 14:  False Claims for Income Tax Refunds in violation of 18 U.S.C.

18  §§ 287 and 2.

19  Date of Detention Hearing:    March 9, 2007.

20      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21  based upon the factual findings and statement of reasons for detention hereafter set forth,

22  finds the following:

23      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

24      (1)     Defendant has an extensive history of Failures to Appear for required court

25  appearances.

26

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 1

01    (2)    Defendant has a history of failure to cooperate and comply with the terms of

02 his supervised release.  This reflects either an unwillingness or an inability of defendant to

03 comply with terms of supervision and court orders.

04    (3)    Defendant was on supervised release whenever the alleged offenses occurred.

05    (4)    Defendant has an extensive criminal background history.

06    (5)    There appear to be no conditions or combination of conditions other than

07 detention that will reasonably address the risk of nonappearance as required, and the risk of

08 danger to the community.

09    IT IS THEREFORE ORDERED:

10    (1)    Defendant shall be detained pending trial and committed to the custody of the

11    Attorney General for confinement in a corrections facility separate, to the

12    extent practicable, from persons awaiting or serving sentences or being held in

13    custody pending appeal;

14    (2)    Defendant shall be afforded reasonable opportunity for private consultation

15    with counsel;

16    (3)    On order of a court of the United States or on request of an attorney for the

17    government, the person in charge of the corrections facility in which

18    defendant is confined shall deliver the defendant to a United States Marshal

19    for the purpose of an appearance in connection with a court proceeding; and

20    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

21    counsel for the defendant, to the United States Marshal, and to the United

22    States Pretrial Services Officer.

23    DATED this 12th day of March, 2007.

24

25

26

JAMES P. DONOHUE
United States Magistrate Judge